UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR B. PINEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE, a municipality,<br><br>    Defendant. | Case No. C06-157RSL<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against PLAINTIFF VICTOR B. PINEDA and on behalf of DEFENDANT CITY OF SEATTLE in the unopposed amount of $4,584.46.

Entered this ___19th___ day of DECEMBER , 2006 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1